IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GERARDO HERNANDEZ<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTON NO. 3:21-cv-00125 |
| FRANCES BRANDER, INC.<br>*Defendant.* | §<br>§<br>§ | |

**STIPULATION PERMITTING DEFENDANT**
**TO FILE FIRST AMENDED ANSWER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The Parties hereby stipulate and agree that pursuant to Fed. R. Civ. P. 15, Defendant Frances Brander, Inc. shall have until Friday, July 29, 2022 to file its First Amended Answer in the above-captioned action.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP**

By: */s/ Christopher Lowrance*
        Christopher Lowrance
        Federal ID No. 15481
        State Bar No. 00784502
        802 N. Carancahua, Suite 1300
        Corpus Christi, TX  78401-0021
        Telephone:  (361) 884-8808
        Facsimile:   (361) 884-7261
        Email:   chris.lowrance@roystonlaw.com

**ATTORNEYS FOR DEFENDANT,**
**FRANCES BRANDER, INC.**

64903:46168432

/s/ Laura De La Cruz w/permission
Matthew D. Shaffer
TBA # 18085600
FED I.D. # 8877
Laura B. De La Cruz
TBA # 24095300
FED I.D. # 2850232
SCHECHTER, MCELWEE, SHAFFER, & HARRIS, L.L.P.
3200 Travis, Third Floor
Houston, TX  77006
Tele: 713-524-3500
Fax: 866-696-5610
Email: mshaffer@smslegal.com
Email: ldelacruz@smslegal.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this the 28th day of July, 2022, delivered a true and correct copy of the foregoing via ECF Filing to:

Matthew D. Shaffer
Laura B. De La Cruz
SCHECHTER, MCELWEE, SHAFFER, & HARRIS, L.L.P.
3200 Travis, Third Floor
Houston, TX  77006
Email: mshaffer@smslegal.com
Email: ldelacruz@smslegal.com


/s/ Christopher Lowrance
Royston, Rayzor, Vickery & Williams, L.L.P